IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE ARLENE BALCH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of Social Security | : | NO. 20-1043 |

**O R D E R**

AND NOW, this 29th day of October, 2020, upon consideration of Plaintiff's brief (Doc. 19), Defendant's unopposed Motion to Remand (Doc. 20), and the administrative record (Doc. 17), IT IS HEREBY ORDERED that the Motion for Remand is GRANTED, and the case is REMANDED to Defendant for further administrative proceedings consistent with the accompanying Memorandum, including consideration by an ALJ other than the ALJ whose decision is under review.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). The Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ ELIZABETH T. HEY

ELIZABETH T. HEY, U.S.M.J.