IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CATHERINE ARLENE BALCH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, Commissioner of | : | |
| Social Security | : | NO.  20-1043 |

## JUDGMENT ORDER

AND NOW, this 29th day of October, 2020, the Court having separately ordered

the remand of this action for further administrative proceedings pursuant to the fourth

sentence of 42 U.S.C. § 405(g), IT IS FURTHER ORDERED that final judgment in favor

of Plaintiff is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:


/s/ ELIZABETH T. HEY

_____

ELIZABETH T. HEY, U.S.M.J.